**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE HEADDRESS, JR.,<br><br>Defendant. | Case No. CR-16-82-GF-BMM<br><br>**ORDER<br>FOR COMPETENCY<br>EVALUATION AND REPORT<br>PURSUANT TO<br>TITLE 18 U.S.C. § 4241(a) and (b)** |

Defense Counsel for Defendant, Lonnie Headdress, Jr. (Mr. Headdress), having filed a Motion for a competency examination, there being no objection from the Government and good cause appearing therefor;

IT IS HEREBY ORDERED that Defendant, Lonnie Headdress, Jr., be subjected to a competency examination pursuant to 18 U.S.C. § 4241(a) and §§ 4247(b) and (c), by a licensed or certified psychiatrist or psychologist;

1

IT IS FURTHER ORDERED that Defendant, Lonnie Headdress, Jr., be committed to a facility designated by the Attorney General to be examined for a reasonable period, but not to exceed thirty (30) days;

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and that said report shall include:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether Mr. Headdress is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

IT IS FURTHER ORDERED that the report shall be filed with the Court, with copies to Counsel for Mr. Headdress and the attorney for the Government. Upon receipt of said report and the return of the Defendant to this district, the Court shall hold a hearing pursuant to 18 U.S.C. § 4241(c); and

The Court final pretrial conference and jury trial set for February 21, 2017 are VACATED. The Court finds that all time between the date of this order and the

post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

DATED this 28th day of December, 2016.

Brian Morris
United States District Court Judge