# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 16-82-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LONNIE HEADDRESS, JR. | |
| Defendant. | |

Before the Court is Defendant Lonnie Headdress, Jr.'s, Motion for Miscellaneous Relief. (Doc. 48.) Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Miscellaneous Relief is DENIED WITHOUT PREJUDICE. Defendant is free to refile his motion if the lockdown of residents at Ignatia's House, where Defendant resides persists for more than two weeks from the date of this Order.

DATED this 2nd day of April, 2020.

_Brian Morris_
Brian Morris, Chief District Judge
United State District Court

1